IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANAHITA MUKHERJI,<br><br>    Plaintiff,<br><br> vs.<br><br>LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services,;<br><br>    Defendants. | 4:24CV3170<br><br>PROGRESSION ORDER |

  This matter is before the court on parties' Joint Proposed Progression Schedule. (Filing No. 12-1).

  Accordingly,

  IT IS ORDERED that the Court's review of this case will be limited to the Administrative Record. The case shall progress as follows:

  1) Government to file Plaintiff's administrative records:  January 31, 2025
  2) Plaintiff's motion for summary judgment:  April 1, 2025
  3) Government's combined cross motion and opposition:  May 1, 2025
  4) Plaintiff's combined opposition and reply:  June 2, 2025
  5) Government's reply:  July 2, 2025

Dated this 23rd day of December, 2024.

                BY THE COURT:

                s/ Ryan C. Carson
                United States Magistrate Judge