IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANAHITA MUKHERJI,<br><br>        Plaintiff,<br><br><br>    vs.<br><br><br>LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services;<br><br>        Defendants. | **4:24CV3170**<br><br><br><br>**ORDER TO SHOW CAUSE** |

On December 23, 2024, the court entered a progression order (Filing No. 14) setting the deadline for the Government to file the Administrative Record, as well as the deadlines for filing and briefing cross motions for summary judgment. Plaintiff's deadline for filing a motion for summary judgment was set for April 1, 2025. Plaintiff has not filed any such motion, requested additional time to file a motion, and has not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED that Plaintiff Anahita Mukherji is given until April 25, 2025 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by  Plaintiff without further notice.

Dated this 4th day of April, 2025.


BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge