IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANAHITA MUKHERJI,<br><br>    Plaintiff,<br><br> vs.<br><br>LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services,;<br><br>    Defendants. | 4:24CV3170<br><br>**PROGRESSION ORDER**<br>**(AMENDED)** |

This matter is before the court on Plaintiff's Unopposed Motion for Leave to Late File Plaintiff's Motion for Summary Judgment. (Filing No. 17).

IT IS ORDERED:

1. Plaintiff has shown cause why this case should not be terminated for want of prosecution. The Clerk shall terminate the April 25, 2025 show cause deadline.

2. Plaintiff's unopposed motion is granted (Filing No. 17). the progression schedule will be amended as follows:

    a. Plaintiff's motion for summary judgment:    April 11, 2025.
    b. Government's combined cross motion and opposition: May 12, 2025.
    c. Plaintiff's combined opposition and reply:    June 12, 2025.
    d. Government's reply:            July 14, 2025.

Dated this 9th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge