IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANAHITA MUKHERJI,<br><br>       Plaintiff,<br><br>  vs.<br><br>LOREN K. MILLER, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services,;<br><br>      Defendants. | **4:24CV3170**<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered in favor of the plaintiff and against the defendants.

Dated this 28th day of January, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge